## MOTION DOCKET

**96–2225. State ex rel. Jones v. Kaiser Found. Hosp. Cleveland.**
Franklin App. No. 95APD11–1430. On request for oral argument. Request denied.

**97–123. State ex rel. Ramos v. Indus. Comm.**
Franklin App. No. 95APD11–1431. On request for oral argument. Request denied.

**98–299. State ex rel. Longworth v. O'Neill.**
In Mandamus. *Sua sponte*, alternative writ granted.
RESNICK and PFEIFER, JJ., dissent.

**98–980. State v. Campbell.**
Franklin C.P. No. 97CR042020. On motion for leave to supplement the record. Motion granted.

**98–1336. State ex rel. Kleve v. Green Twp. Bd. of Trustees.**
In Mandamus. On motion for relief from judgment. Motion denied.
RESNICK and PFEIFER, JJ., would dismiss.
F.E. SWEENEY, J., would grant.

**98–1428. State ex rel. Youngstown City School Dist. Bd. of Edn. v. Youngstown.**
In Mandamus. On relator's bill and documentation in support of attorney fees and costs. Relator is awarded attorney fees in the amount of $6,352.50 and a refund of costs of $140.

**98–1974. State ex rel. Sysco Food Serv. of Cleveland, Inc. v. Indus. Comm.**
In Mandamus. *Sua sponte*, alternative writ granted.

**98–2093. State ex rel. Cyclops Corp./Empire Detroit Steel Div. v. Conrad.**
In Mandamus. *Sua sponte*, alternative writ granted.

**98–2105. Cleveland v. Garfield.**
Cuyahoga App. No. 74258. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**98–2365. Duquesne Light Co. v. Tracy.**
Board of Tax Appeals, Nos. 95–K–40, 95–K–71 and 95–K–72. On motion to brief constitutional issues separately and exceed page limitation. Motion denied.

**98–2404. Estep v. Capital Resin Corp.**
Franklin App. No. 98AP–991. On motion for stay of consideration of appeal pending common pleas court approval of settlement. Stay granted for thirty days.